UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
ROBERT SIOLESKI,

                        Plaintiff,

      v.                                        9:04-cv-0282

D. WINCHIP, Corrections Officer;
and C.O. BROWN,

                        Defendants.
-----------------------------------------------------------
Thomas J. McAvoy,
Senior United States District Judge

### DECISION & ORDER

      This *pro se* action claiming violations of Plaintiff's Eighth Amendment rights was referred to the Hon. David R. Homer United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.4.  The Report-Recommendation dated January 30, 2006 recommends that Defendants' motion for summary judgment be granted.  No objections have been filed.

      After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein.  It is therefore

      **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED** and the Complaint **DISMISSED IN ITS ENTIRETY.**

**IT IS SO ORDERED.**

Dated: April 22, 2006

                                                         Thomas J. McAvoy
                                                         Senior, U.S. District Judge