# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**Robert Sioleski**

    vs.

**D. Winchip, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:04-CV-282

---

    ____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    _X_   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS GRANTED AND THE COMPLAINT IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON APRIL 24, 2006.

Dated:  April 24, 2006

                                            Clerk of Court

                                      s/S. Potter
                                      By:  Deputy Clerk